# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-
May 9 2023

Mr. Willie A. Norman Jr.,
[You are the PLAINTIFF, print your full name on this line.]

v.

Ms. Jennifer J. McKinney,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 3:23-cv-390
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Ms. Jennifer J. McKinney | The St. Joseph County Prosecutor(s) 227 W. Jefferson Blvd South Bend, IN 46601 |
| 2 | Mr. Shane Harbert | The St. Joseph Sheriff Department 4141 Lathrop St. South Bend, IN 46628 |
| 3 | Ms. Abbegale Yvonne Saal | (A PORN HUB HOE) 14406 Fox Trail Ct. Mishawaka, IN 46545 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **13**

2. What is the name and address of your prison or jail? The St. Joseph County Jail 401 West Sample Street South Bend, IN 46601-2815

3. Did the event you are suing about happen there? ◯ Yes.  ✓ No, it happened at: 14406 Fox Trail Ct. Mishawaka, IN 46545 AS WELL AS AT "DOCUMB CENTER"

4. On what date did this event occur? March 27th/28th 2023 & March 24th 2005

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

WITNESSES:
- +Abbegale Yvonne Saal
- +Christopher Boling  St. Joseph County Sheriff's Department
- +Alice Buszkiewicz
- +Brian Cook  St. Joseph County Sheriff's Department
- +Jason Dziubinski  St. Joseph County Sheriff's Department
- +Shane Harbert  St. Joseph County Sheriff's Department
- +Holly Landgraf  St. Joseph County Sheriff's Department
- +Ismelda Robles
- +Josh Voreis  St. Joseph County Sheriff's Department
- +Tom White
- +Jamie Wilson
- +Kassandra Zwierynski

All witnesses listed in police, medical and laboratory reports

- (Ms. Kendra Perry - whom done the mouth swabbs concerning DNA)
- (Adam Christopher Kuspa) Trial is on 6/26/23) - Still Incarcerated
- (Mr. Benjemin Vanvynkcet) - Still Incarcerated
- (Willie A Norman) Pre Trail 4/24/23 - Trial Date 6/7/23 (OR) 6/9/23) Still Incarcerated fast § Speedy trial
- (Cody) - Walking Free

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. As A Ms. Jennifer J. McKinney; Ms. Holly Landgraf; Mr. Shane Harbert; Mr. Christopher Boling; Mr. Brian Cook; Mr. Jason Dziubinski; Josh Voreis; Kassandra Zwierynski; Ms. Alice Buszkiewicz; Ms. Jamie Wilson; Mr. Tom White; Ms. Ismelda Robles and a Ms. Kendra Perry concerning (FOR SOME ODD REASON(S) would (ALL TRULY) put there (JOBS), FAITH, DIGNITY & TRUST) into a (PORN HUB WORKER AT HOME) named a Ms. Abbegale Yvonne Saal. Who's also on probation/parole as well as a Habitual Liar, Caniving, Deciving, Drug Addicted Drunk.
  (IT JUST BLEW MY MIND) Concerning as if Ms. Saal dosen't have her Drug(s), Alcohol, Ciggarette(s) (NOR) money to get them..... "SHE WILL GO BONKER(S)" starting to Curse throwing things around the house, as well as miss treating whomever(s) around her at that specific time & place making a seane (ASK HER PARENT(S). As she will even go as far as (SELF MUTILATION) of self inflicting wounds to cause herself harm, so it looks as someone else done it. As instead deep down She's the preadeter looking for someone to pray upon. Steady Stalking like a lioness about to destroe & devour another life & soul just to get her next fix concerning of whatever her choice of addiction of drugs) is for that specific day..... (NEXT PAGE)

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

**Claims and Facts (continued)**

Truly ranging from (SEX TO COCAIN, CRACK, HERON OR EVEN CRYSTAL METH/ICE.)

Her leaving a destruction path like a hurricain ready to demolish (ALL SOUL(S) OF MEN) and rend hearts to piece(s).

As a ranging wave of the sea, a wandering falling star upon her choice of prey men.

As this truly isn't (NETHER) the police officer(s) (MALES) very first incountor (NOR) Ms. Saals involving 911 calls, Concerning to put a innocent man back in prison or jail......

(AS SOME OFFICER(S) WILL EVEN WITNESS THIS WITH THERE) (OWN EYE(S)! BUT FOR SOME ODD REASON THE GENTALMAN STILL) (END(S) UP IN PRISON (OR) JAIL LOSING THAIR LIFE ³ LIBERTY!?)

(FUTHERMORE)
(WHEN)

On or about the date of Feb. 10th, 2023
A Mr. ADAM CHRISTOPHER KUSPA Sr. went to prison/jail

On or about the date of Feb. 24th, 2023
A Mr. Benjermen Vanyuenct went to prison/jail

On or about the date of March. 28th
A Mr. Willie A Norman went to prison/jail

(As NOW SHE'S WITH A MR. CODY)

(WHERE)
At Ms. Saal's Address        At A Ms. Angel's   and 26th street
14406 Fox Trail Ct            19107 Cleuland rd
Mishawaka, IN                 South Bend, IN
     46545                         46637

(NEXT PAGE)

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims and Facts (continued)

As I truly and deeply feel, concerning with my heart, mind, body & soul, As each time that an officer put(s) handcuff(s) upon my wrist; my life is in jepordy.

As I just lost my entire life again time & time agin.

As I'm threatened, assualted, intimidated as well as addmediatley lossing my entire life, having to start over love, liberty as well as true freedom.

"Forced around new enemies & true felones (ALL BAISED ON LIES) from a female.

Concerning always being forced by, the law enforcement (OR) even feds being held against my free will, always guilty without a proper cause, (UNABLE TO AFFORD MY INNOCENT(S)) and guilty until proven innocent (OR) able to aford a good attorney to prove my innocene %100.

But, as for now "destroying my trust & faith in people as well as relationship(s) with people in the near future."

As such is being filed persuant to Cause #71D02-2303-F4-000022 and binding cause #71D01-0605-FA-000022 which goes hand in hand with also medical malpractice and also negligance. I'm still seeking relief from.....

\* Sincerely \*
Willie A. Norman

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ☑ Before I was confined.
   - ☑ While I was confined awaiting trial.
   - ☑ After I was convicted while confined serving the sentence.
   - ☑ Other: (Concerning still to this very day!)

6. Have you ever sued anyone for this exact same event?
   - ☑ No.
   - ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ☑ No, this event is not grievable at this prison or jail.
   - ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ☐ Yes, this event was grievable, but I did not file a grievance because N/A

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   1.) I'm seeking releif concerning from Custody.
   2.) Allowance Concerning for Damage(s) To My Home(s) & Car(s).
   3.) I Need & Want My Kids in my life!
   4.) U.S. Currency (MONEY)......
   5.) Monetary Resource(s) world Wide "Like The President!"

[Initial Each Statement]
   W.N. I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   W.N. I will keep a copy of this complaint for my records.
   W.N. I will promptly notify the court of any change of address.
   W.N. I WILL NOT send more than one copy of any filing to the court.
   —0— I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   W.N. I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on 5/5/20 23 at 9:30 am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _Willie A. Norman_                    #111198
   Signature                              Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]