AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WILLIE A NORMAN, *Mr. also known as* Willie A Norman, Jr
    Plaintiff

v.      Civil Action No. 3:23-cv-390

JENNIFER J MCKINNEY, *Ms.*
SHANE HARBERT, *Mr., St. Joseph County Sheriff's Department*
ABBEGALE YVONNE SAAL, *Ms.*
CHRISTOPHER BOLING, *St. Joseph County Sherriff's Department*
ALICE BUSZKIEWICZ
BRIAN COOK, *St. Joseph County Sherriff's Department*
JASON DZIUBINSKI, *St. Joseph County Sherriff's Department*
HOLLY LANDGRAF, *St. Joseph County Sherriff's Department*
ISMELDA ROBLES
JOSH VOREIS, *St. Joseph County Sherriff's Department*
TOM WHITE; JAMIE WILSON; KASSANDRA ZWIERYNSKI
KENDA PERRY, *Ms. Whom done the mouth swobbs concerning DNA*
ADAM CHRISTOPHER KUSPA, *Trial is on 6/26/2023 – still incarcerated*
BENJEMIN VANUYNKCET, *Mr., still incarcerated*
WILLIE A NORMAN, *Pre Trail 4/24/2023-Trial date 6/7/2023 or 6/9/223, still incarcerated, fast & speedy trial*
CODY, *walking free*
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with_____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge James T Moody_____

DATE:_____11/2/2023_____         CHANDA J. BERTA, CLERK OF COURT

by____/s/ S. Kowalsky_____
*Signature of Clerk or Deputy Clerk*